UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:15-cv-61081-BLOOM/VALLE

STEPHEN REGAL, GIANNA HILLIS,
and MATTHEW WILLIAMS,
individually and on behalf of all other
similarly situated individuals,

    Plaintiffs,
v.

BUTLER & HOSCH, P.A.,

    Defendant.
_____/

## JOINT STATEMENT REGARDING SETTLEMENT

The Parties, through counsel, and pursuant to this Court's Order [DE 72] hereby file this statement regarding settlement and state as follows:

Pursuant to an agreement of the parties, Butler & Hosch, P.A. ("B&H") has agreed that it will not oppose Plaintiffs' Motion for Class Certification [DE 71] and the summary judgment motion that Plaintiffs intend to file shortly.

The parties intend that, following class certification and the entry of a judgment in the instant action, that Plaintiffs counsel will seek to satisfy the judgment entered in the instant action through a recovery to Plaintiffs and Class Members in the related Assignment for the Benefit of Creditors action in state court ("ABC").

B&H has agreed to cooperate with Plaintiffs to maximize the recovery of monies in the ABC.

Plaintiffs respectfully request that the Court decide the motion for class certification first. Following the certification of a class, Plaintiffs will provide court-approved notice to class

1

members. Upon the completion of the court-approved notice plan, Plaintiffs request that the court decide the summary judgment motion.

The parties have agreed that if class certification and summary judgment are entered, the Plaintiffs will seek court approval of a class wide settlement. The parties have agreed that Plaintiffs and Class Members would provide a release of the litigated claims to B&H and Robert Hosch, Jr. individually. Plaintiffs will seek court approval of this proposed settlement term.

The parties intend to continue discussing these unresolved issues following the adjudication of class certification and summary judgment. In addition, Plaintiffs will seek court approval of a proposed notice plan after the adjudication of the Motion for Class Certification.

Dated: July 25, 2016

*/s/ Seth M. Lehrman*
Gary M. Farmer, Jr. (FBN 914444)
Email: gary@pathtojustice.com
Steven R. Jaffe (FBN 390770)
Email: steve@pathtojustice.com
Mark S. Fistos (FBN 909191)
Email: mark@pathtojustice.com
Seth M. Lehrman (FBN 132896)
Email: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Tel.: 954-524-2820
Fax: 954-524-2822

Benjamin F. Johns (Admitted Pro Hac Vice)
Email:   bfj@chimicles.com
Andrew W. Ferich (Admitted Pro Hac Vice)
Email:   awf@chimicles.com
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA  19041
Tel.:  610-642-8500
Fax:  610-649-3633

*Attorneys for Plaintiffs*

*/s/ Maureen Pateman*
Roy Scott Kobert
Florida Bar No. 777153
E-mail: roy.kobert@gray-robinson.com
Maureen Pateman
Florida Bar No. 0605530
E-mail: Maureen.pateman@gray-robinson.com
GRAY ROBINSON, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32802-2068
Tel.: 407-843-8880
Fax: 407-244-5690

Fernando J. Menendez
Florida Bar No. 18167
E-mail: Fernando.menendez@gray-robinson.com
GRAY ROBINSON, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Tel.: 305-416-6880
Fax: 305-416-6887

*Attorneys for Butler & Hosch, P.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on July 25, 2016, and will be served on all counsel of record through the ECF system.

            */s/ Seth M. Lehrman*
            Seth M. Lehrman