**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

*Regal et al v. Butler & Hosch, P.A., Case No. 15-61081-CIV-BB*

# If you were employed by Butler & Hosch, P.A., a class action lawsuit may affect your rights.

*A federal court has authorized this notice.*
*This is not a solicitation from a lawyer.*

- This notice may affect your legal rights. This notice is about a class-action lawsuit.
- Former employees have sued Butler & Hosch, P.A. ("B&H"), alleging that B&H terminated its employees in a mass layoff from their employment without providing sixty days advance written notice as required under federal law, and alleging that B&H has breached contracts with its employees.
- The Court certified this case as a class action on July 27, 2016. As a Class Member, you have the opportunity to exclude yourself from the case.
- You have certain rights in this case, including the right to stay in or exclude yourself from it. This Notice summarizes the claims in the case and provides certain information you may need to exercise your rights.

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But, you give up any rights to sue Butler & Hosch, P.A. separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it. Keep rights.**<br><br>If you ask to be excluded and money or benefits are later awarded as part of this class action, you won't share in those. But, you keep any rights to sue Butler & Hosch, P.A. on your own about the same legal claims in this lawsuit. |

- The Court in charge of this lawsuit has allowed this lawsuit to be a class action on behalf of former employees of Butler & Hosch, P.A. who were terminated without receiving sixty days written notice of a mass layoff before termination. The Court ordered that this notice be sent to you. You should carefully read this Notice so that you can make an informed decision on how to proceed.

- Plaintiffs are pursuing claims exclusively against Butler & Hosch, P.A. Claims against Robert Hosch, individually were previously dismissed. Plaintiffs are not pursuing any claims against Hosch individually in this lawsuit.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**
1. Why did I get this notice?
2. What is this lawsuit about?
3. What is a class action and who is involved?

**WHO IS IN THE CLASS**
4. How do I know if I am in the Class?

**YOUR RIGHTS AND OPTIONS**
5. What happens if I do nothing at all?
6. Can I exclude myself from the Class?
7. How do I exclude myself from the Class?
8. If I don't exclude myself, can I sue the Defendants for the same thing later, or continue with a pending lawsuit?
9. If I exclude myself, can I get money from this case?

**THE LAWYERS REPRESENTING YOU**
10. Do I have a lawyer in the case?
11. How will Class Counsel and the Named Plaintiffs be paid?

**GETTING MORE INFORMATION**
12. How do I get more information?

## BASIC INFORMATION

### 1. Why did I get this notice?

You received this Notice because records indicate that you were a full-time employee of the Defendant who was terminated from employment on or around May 14, 2015, and Defendant did not give you sixty (60) days advance written notice before the date of termination. This notice explains that the Court has allowed, or "certified", a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court decides a summary judgment motion or holds a trial. The summary judgment motion and trial are to decide whether the claims being made against Butler & Hosch, P.A., on your behalf, are correct. Judge Beth Bloom of the United States District Court for the Southern District of Florida is overseeing this class action. The lawsuit is known as *Regal, et al. v. Butler & Hosch, P.A.* Case No. 15-CV-61081.

Excluded from the Settlement Class are (1) Part-time employees; (2) Defendants and their parents, subsidiaries, affiliates, and any of their current officers, directors, and employees; (3) all

officers, employees, and agents of Class Counsel, counsel of record for Defendant, and their immediate families; (4) any entity in which any of the persons or entities in (1) and (2) above have a controlling interest, and the legal representatives, heirs, successors, and assigns of such person or entity; and (5) members of the Southern District of Florida judiciary and their immediate families.

## 2. What is this lawsuit about?

The Plaintiffs allege that they and other former employees were terminated by Defendant on May 14, 2015 in a mass layoff of hundreds of employees and as a result Defendant was required to provide notice to affected employees sixty (60) days in advance of the terminations. Plaintiffs allege the Defendants' failure to provide these notices as required violated the WARN Act and breached their respective express and implied employment contracts.

On August 25, 2016, Plaintiffs filed a motion for summary judgment on their claims. Defendant has indicated that it will not oppose that motion. If and when Plaintiffs obtain a class-wide judgment in their favor, they intend to use that to aid in the prosecution of their proof of claim filed in the pending Assignment for the Benefit of Creditors ("ABC") proceeding (*In re: Butler & Hosch, P.A.*, Circuit Court, Ninth Judicial Circuit, Orange County, Florida, 2015-CA-004488). Should Plaintiffs obtain a monetary recovery on behalf of the class in this proceeding, they intend to ask this Court to approve, among other things, a plan of allocation for the distribution of this money, and for the approval of attorneys' fees, expenses and incentive awards.

## 3. What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case, Stephen Regal, Gianna Hillis, and Matthew Williams) sue on behalf of people who have similar claims. The people together are a "Class" or "Class Members." One court resolves the issues for everyone in the Class, except for those people who choose to exclude themselves from the Class. U.S. District Judge Beth Bloom is in charge of this class action. On July 27, 2016, the Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. On August 25, 2016, Plaintiffs filed a motion for summary judgment.

# WHO IS IN THE CLASS

Only persons meeting the definition of a Class Member are affected by this lawsuit.

## 4. How do I know if I am in the Class?

You are a Class Member if you meet all of the following criteria: (1) you were a full-time employee of Defendant; (2) you were terminated from Defendant's employment on May 14, 2015; and (3) Defendant did not give you 60 days advance written notice before the date of your termination. Part-time and temporary employees are not included in the Settlement Class. Employees who resigned, signed releases, or received severances are not in this Settlement Class.

Also, excluded from the Settlement Class are (1) Part-time employees; (2) Defendant and their parents, subsidiaries, affiliates, and any of their current officers, directors, and employees; (3) all

officers, employees, and agents of Class Counsel, counsel of record for Defendant, and their immediate families; (4) any entity in which any of the persons or entities in (1) and (2) above have a controlling interest, and the legal representatives, heirs, successors, and assigns of such person or entity; and (5) members of the Southern District of Florida judiciary and their immediate families.

If you are still not sure whether you are included, you can get free help. You can call Class Counsel, toll-free at 1-800-400-1098.

## YOUR RIGHTS AND OPTIONS

### 5. What happens if I do nothing at all?

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. By doing nothing you are staying in the Class. If you stay in and the Plaintiffs obtain money or benefits, either as a result of the trial or a settlement, you will be notified about how to apply for a share (or how to ask to be excluded from any settlement). Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose this lawsuit, you will not be able to sue, or continue to sue, Butler & Hosch, P.A. as part of any other lawsuit, about the same legal claims that are the subject of this lawsuit. You will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action.

### 6. Can I exclude myself from the Class?

If you do not want to be part of this lawsuit, you can exclude yourself (or "opt-out" as it is sometimes called) to avoid participating in this class action

### 7. How do I exclude myself from the Class?

All Class Members shall have the right to submit requests for exclusion from the Class, prepared and directed in the manner set forth in this Notice.

To exclude yourself from the class action, you must send a letter to Class Counsel by first class mail with the statement: "I want to be excluded from the lawsuit Regal v. Butler & Hosch, P.A."

Be sure to include your name, address, telephone number, and your signature. Requests for exclusion must be submitted individually by a Class Member or his or her attorney, and not on behalf of a group or class of persons. If you have a personal lawyer, your lawyer may assist you with your exclusion request, but you must approve and authorize it.

You must mail your exclusion request postmarked no later than ________________ to:

Re: Butler & Hosch Notice
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

You cannot exclude yourself on the phone or by e-mail. Requests for exclusion must be individually signed by each class members; class-wide or group requests for exclusion will not be permitted.

## 8. If I don’t exclude myself, can I sue the Defendants for the same thing later, or continue with a pending lawsuit?

If you exclude yourself, you will not be bound by any Court orders or judgment for money damages whether or not favorable to Plaintiffs and the Class or to Defendant. If you exclude yourself, you keep the right to sue or continue to sue Defendant on your own about the legal issues in this case. If you continue or start your own lawsuit against Defendant after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you’ll have to prove your claims for money damages.

Remember, the exclusion deadline is ___________________.

# THE LAWYERS REPRESENTING YOU

## 9. Do I have a lawyer in this case?

The Court has appointed the following law firms to represent you and other Settlement Class Members:

Steven R. Jaffe
Seth M. Lehrman
**FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.**
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Tel.: 800-400-1098

Benjamin F. Johns
Andrew W. Ferich
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Tel.: 610-642-8500

These lawyers are called Class Counsel. You will not be charged for services performed by Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 10. How will Class Counsel and the Named Plaintiffs be paid?

If Class Counsel obtains money or other benefits for the Class, they may ask the Court for fees and expenses. You won’t have to pay these fees and expenses. If the Court grants Class Counsels’ request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Butler & Hosch, P.A.

## 11. May I appear through my own attorney in this case?

The Court has appointed the above-named law firms to represent you and other Class Members. However, if you want to be represented by your own lawyer to appear in the case, you may hire one at your own expense to do so.

## GETTING MORE INFORMATION

### 12. How do I get more information?

You may obtain additional information by:

Contacting Class Counsel at the telephone numbers listed in paragraph 9 above or visiting WWW.B&HCLASSACTION.COM.

Writing Class Counsel at the addresses listed in paragraph 9 above.

DATED: ______________________________, 2016

BY ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

/s/ Hon. Beth Bloom
U.S. District Court Judge

**PLEASE DO NOT CALL THE JUDGE OR THE COURT CLERK TO ASK QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

**THE COURT WILL NOT RESPOND TO LETTERS OR TELEPHONE CALLS. IF YOU WISH TO ADDRESS THE COURT, YOU MUST FILE AN APPROPRIATE PLEADING OR MOTION WITH THE CLERK OF THE COURT IN ACCORDANCE WITH THE COURT'S USUAL PROCEDURES.**