UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEPHEN REGAL and GIANNA HILLIS,     Case No.: 0:15-cv-61081-BB
individually and on behalf of all other
similarly situated individuals,

    Plaintiffs,

v.

BUTLER & HOSCH, P.A. and
ROBERT H. HOSCH, JR.,

    Defendants.
_____/
MATTHEW WILLIAMS,

    Plaintiff,

v.

BUTLER & HOSCH, P.A.,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER SETTING HEARING
## AND ACKNOWLEDGEMENT OF NO OPPOSITION TO SUMMARY JUDGMENT
## [D.E. 82]

Defendant, Butler & Hosch, P.A. ("B&H"), by and through its undersigned counsel, pursuant to this Court's *Order Setting Hearing* [D.E. 82], acknowledges that the Defendant, Butler & Hosch, does not oppose the entry of Summary Judgment.

Undersigned counsel further sincerely apologies for the failure to respond to prior Orders of this Court requesting an acknowledgement that B&H did not oppose entry of Summary Judgment. The failure was a result of an unfortunate internal miscommunication amongst counsel representing B&H, and not as a result of any

purposeful act, which resulted in undersigned counsel and her partners in this case being unaware of the entry of the orders.

At the time counsel for B&H made an appearance, lead counsel not of record, Mr. Roy S. Kobert, was not a registered CM/ECF user in the Southern District. Accordingly, the CM/ECF filing privileges of undersigned counsel, who is co-counsel along with Mr. Kobert in this matter, were utilized.[1]  From the inception of this case, Mr. Kobert and undersigned counsel diligently pursued settlement.  During settlement negotiations, undersigned counsel went on maternity leave, and Mr. Kobert led all further discussions with opposing counsel.  The settlement was complex and provided, in part, for B&H to agree to class certification and not oppose summary judgment. When undersigned counsel returned from maternity leave, she was under the mistaken impression that Mr. Kobert was receiving the CM/ECF notifications in this case given her three month absence.  Undersigned counsel further believed that Mr. Kobert was responding to any papers filed with the Court consistent with the terms of the settlement agreement.  Only several hours ago undersigned counsel learned of the entry of the Order Setting Hearing when opposing counsel e-mailed undersigned counsel and Mr. Kobert to advise them of the entry of the Order.  Immediately upon notification, undersigned counsel investigated the issue.  Admittedly, the internal miscommunication was an error on the part of undersigned counsel and Mr. Kobert.  Undersigned counsel and Mr. Kobert greatly respect this Court's authority and truly regret and apologize for this situation.

---

[1] When undersigned counsel was not available Mr. Fernando Menendez would assist in reviewing and filing papers.  His role in the case was extremely limited.  Mr. Menendez was under the impression that the matter was settled and our involvement was no longer necessary.

WHEREFORE, undersigned counsel respectfully requests that this Court accept this late-filed Acknowledgment, and further respectfully requests cancellation of the hearing scheduled for Monday, September 19, 2016, and any further relief deemed necessary or appropriate.

/s/ Maureen A. Pateman
ROY SCOTT KOBERT
Florida Bar No. 777153
MAUREEN A. PATEMAN
Florida Bar No. 0605530
FERNANDO MENENDEZ, JR.
Florida Bar No. 0018167
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
Attorneys for Butler & Hosch, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via CM/ECF to Gary M. Farmer, Jr., Esq., gary@pathtojustice.com, Marks S. Fistos, Esq., mark@pathtojustice.com, Steven R. Jaffe, Esq., steve@pathtojustice.com, Seth M. Lehrman, Esq., seth@pathtojustice.com, Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, PL, 425 N Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301, *Attorneys for Defendants Stephen Regal and Gianna Hillis*; and Andrew W. Ferich, Esq. awf@chimicles.com, Benjamin F. Johns, Esq., bfj@chimicles.com, Chimicles & Tikellis, LLP, 361 W. Lancaster Avenue, Haverford, PA 19041 *Attorneys for Matthew Williams* on this 13th day of September, 2016.

/s/ Maureen A. Pateman
Maureen A. Pateman, Esq.

# 10227460 v1