**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 15-cv-61081-BLOOM/Valle**

STEPHEN REGAL, GIANNA HILLIS,
and MATTHEW WILLIAMS,
individually and on behalf of all other
similarly situated individuals,

Plaintiffs,

v.

BUTLER & HOSCH, P.A., and
ROBERT H. HOSCH, JR.,

Defendants.
_________________________________________/

**ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS**

**THIS CAUSE** is before the Court upon Plaintiffs' Unopposed Motion to Determine Entitlement to Award of Attorneys' Fees, Costs, Expenses, and Incentive Awards, ECF No. [90] (the "Motion"). Having considered the Motion and the record in this case, it is

**ORDERED AND ADJUDGED** that the Motion, **ECF No. [90]**, is **GRANTED** as follows:

1. Plaintiffs' Counsel, Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. and Chimicles & Tikellis LLP, are entitled to the payment of attorneys' fees in an amount to be determined following any recovery by Plaintiffs on behalf of the class from Butler & Hosch's Assignment for the Benefit of Creditors ("ABC") proceedings. Upon such recovery, Plaintiffs will submit further application to this Court specifying the amount of attorneys' fees sought.

2. The Court finds that Plaintiffs are entitled to recover reasonable attorney fees, costs, expenses, and incentive awards, in amounts that shall be determined upon further application to this Court.

3. Following the entry of any order in the state court assignment for the benefit of creditor proceeding on Plaintiffs' motion to allow claims, Plaintiffs shall file a motion apprising this Court of the amount of any anticipated recovery for Plaintiffs and Class Members and seeking Court approval of a notice to be sent to class members concerning the anticipated recovery and Plaintiffs' further application to determine the amount of any award of attorney fees, expenses, costs and incentive awards.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2016.

__________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record